# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                            :   NO. 321
                                     :

APPOINTMENTS TO THE        : DISCIPLINARY BOARD APPOINTMENT
DISCIPLINARY BOARD OF        : DOCKET
PENNSYLVANIA                   :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of February, 2024, Maureen Murphy McBride, Esquire, Chester County, and Gaetan J. Alfano, Esquire, Philadelphia, are hereby appointed as members of the Disciplinary Board of Pennsylvania for a term of five years, commencing April 1, 2024.